1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DMITRIY YEGOROV,                          No.  2:18-cv-01731 KJM CKD (PS)

12                     Plaintiff,

13           v.                                 ORDER

14    JAPAN,

15                     Defendant.

16

17           Plaintiff is proceeding in this action pro se.  The matter was referred to a United States

18    Magistrate Judge pursuant to Local Rule 302(c).

19           On June 19, 2018 the undersigned issued an order to show cause no later than July 6, 2018

20    why this action should not be dismissed for lack of jurisdiction.  Plaintiff was advised that failure

21    to allege a proper basis for jurisdiction would result in a recommendation that this action be

22    dismissed.  The deadline has passed, and plaintiff has not responded to the order to show cause.

23           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of

24    jurisdiction.

25           These findings and recommendations are submitted to the United States District Judge

26    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27    after being served with these findings and recommendations, plaintiff may file written objections

28

                                                  1

1  with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

3

4  failure to file objections within the specified time may waive the right to appeal the District

   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5

6  Dated:  July 11, 2018

7  _____
   CAROLYN K. DELANEY
8  UNITED STATES MAGISTRATE JUDGE

9

10

11  2/ yegorov1731.osc_f&rs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28